IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:13CR240 |
| vs. | ) | |
| | ) | ORDER |
| BOBBY GRIFFIN | ) | |
| KRISTEN GRIFFIN, | ) | |
| SHARON KAY TYLER, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court is defendant Bobby Griffin's motion to continue trial [40] as counsel needs additional time to prepare for trial. The court finds good cause being shown and the trial for all defendants will be continued.

**IT IS ORDERED** that the motions to continue trial is granted, as follows:

1. The jury trial now set for November 19, 2013 is continued to **January 7, 2014.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 7, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED October 31, 2013.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**