# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:13CR313 |
| vs. | ) | ORDER |
| **BOBBY GRIFFIN,** | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Bobby Griffin (Griffin) to modify the conditions of his release (Filing No. 87). Griffin seeks to modify the conditions of his release by allowing him to leave Bristol Station and reside in Oshkosh, Nebraska, pending his sentencing. Previously, the court had allowed Griffin to return to Oshkosh; however, Griffin violated the conditions of release and had to be placed at Bristol Station. The court does not believe Griffin should be permitted another chance at compliance pending his sentencing on July 14, 2014. The motion to modify conditions of release is denied.

**IT IS SO ORDERED.**

DATED this 30th day of April, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge